**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DIAMOND MELINA SILVA,

                Plaintiff,                        22 **CIVIL** 8753 (VF)

      -v-                                 **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 28, 2023, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the opportunity for a new hearing and issue a new decision.

**Dated:** New York, New York
          April 28, 2023

                                                **RUBY J. KRAJICK**

                                                  _____
                                                       **Clerk of Court**

                             **BY:**     *K. Mango*

                                                      _____
                                                       **Deputy Clerk**